**Order entered March 7, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00470-CV

**JOHN DOE I, INDIVIDUALLY AND AS NEXT FRIEND OF JOHN DOE II, A MINOR,**
**Appellants**

**V.**

**RIPLEY ENTERTAINMENT, INC., AND JIM PATTISON U.S.A., INC., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-07174**

## ORDER

We **REINSTATE** this appeal.

By order dated February 13, 2019, we abated this appeal to allow the trial court to sign a final judgment. On March 5, 2019, a supplemental clerk's record was filed containing the final judgment and the other documents requested in this Court's order.

Because appellants filed their brief before the final judgment was signed, they shall file any amended brief by **March 22, 2019**. Appellees' brief shall be filed by **April 22, 2019**.

/s/     ERIN A. NOWELL
          JUSTICE